No. 673. CARDONA v. POWER ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted. The case is set for oral argument immediately following Nos. 847 and 877. *Paul O'Dwyer* and *W. Bernard Richland* for appellant. *Louis J. Lefkowitz*, Attorney General of New York, *Samuel A. Hirshowitz*, First Assistant Attorney General, *George C. Mantzoros* and *Barry J. Lipson*, Assistant Attorneys General, and *Brenda Soloff*, Deputy Assistant Attorney General, for appellees.

No. 750. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES, AFL–CIO, ET AL. v. FLORIDA EAST COAST RAILWAY CO.;

No. 782. UNITED STATES v. FLORIDA EAST COAST RAILWAY CO.; and

No. 783. FLORIDA EAST COAST RAILWAY CO. v. UNITED STATES. C. A. 5th Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. The United States is to open the argument and direct itself first to issues raised in No. 782. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions. *Lester P. Schoene, Neal Rutledge* and *Allan Milledge* for petitioners in No. 750. *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for the United States in No. 782. *William B. Devaney* and *George B. Mickum III* for petitioner in No. 783. *Solicitor General Marshall* for the United States in No. 783. Reported below: 348 F. 2d 682.